IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WELLS FARGO BANK, N.A.                                                                  PLAINTIFF

V.                                                   CIVIL ACTION NO. 1:13-CV-00247-SA-DAS

JERRY WAYNE WORSHAM, JR.,
AMY WORSHAM, SOONER TRUSTEE SERVICE,
1513 STATE PARK ROAD TRUST,
ANY AND ALL PERSONS WITH AN INTEREST IN
THE REAL PROPERTY BEARING THE MUNICIPAL
ADDRESS OF 1513 STATE PARK ROAD,
MOOREVILLE, MISSISSIPPI                                                                 DEFENDANTS

## ORDER REMANDING CASE

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion to Remand [4] is GRANTED. The Court finds removal of this matter is not available on the basis of diversity jurisdiction. Further, Defendants Jerry and Amy Worsham had no objectively reasonable basis for removing this matter, and therefore, Plaintiff is entitled to just costs and actual expenses, including attorney fees, incurred as a result of removal.

This matter is hereby REMANDED to the Chancery Court of Lee County, Mississippi. Additionally, Plaintiff's request for costs and expenses is GRANTED. Plaintiff shall file the appropriate documentation with this Court no later than April 21, 2014, containing an itemized accounting of its just costs and actual expenses, including attorney fees, incurred as a result of the removal of this action. Because the Worshams are proceeding *pro se*, they shall have until May 5, 2014 to file any objections as to specific itemized costs or amounts requested. If Plaintiff fails to file its documentation within the time allotted, its request for just costs and actual expenses, including attorney fees, will be deemed waived.

SO ORDERED on this, the 14th day of April, 2014.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**